Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

AMERICAN DELTA PARTY; and
ROQUE "ROCKY" DE LA FUENTE,

               Plaintiffs,

    v.

KIM WYMAN, in her official capacity as
the Secretary of State of the State of
Washington,

               Defendant.

NO. 3:20-cv-05045-BHS

DECLARATION OF LORI
AUGINO IN SUPPORT OF
DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT

I, Lori Augino, declare as follows:

1.     I am over eighteen years of age and competent to testify. The information stated below is true and correct and based on my own knowledge.

2.     I currently serve as the Director of Elections in the Office of the Secretary of State of Washington. My job entails ensuring Washington's elections are conducted in a transparent, accurate, consistent, and secure manner. This includes, among other duties, assisting county auditors with conducting elections, working on election-related policy for the Secretary of State, processing candidate filings, certifying certain candidates for the ballot, and certifying elections. I have held this position for 7 years.

3.     The Office of the Secretary of State accepts certificates of nomination of minor party or independent candidates for president and vice president unless the certificate fails to

DECLARATION OF LORI AUGINO
No. 3:20-cv-05045-BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

comply with a statute. The Office of the Secretary of State does not inquire into—and will not reject a certificate of nomination based on—whether a convention allows attendees to choose among nominees, to choose among electors, or to establish policy positions.

4. In 2008, one independent and five minor party presidential candidates met all of Washington's statutory requirements and appeared on the general election ballot.

5. In 2012, six minor party presidential candidates met all of Washington's statutory requirements and appeared on the general election ballot.

6. In 2016, five minor party presidential candidates met all of Washington's statutory requirements and appeared on the general election ballot.

7. In the 2016 General Election, there were 3,209,214 votes cast for president and vice president of the United States. Nominees of the Democratic Party and the Republican Party each received at least five percent of the votes cast for president.

8. In 2016, the Washington Office of the Secretary of State rejected a certificate of nomination petition submitted on behalf the American Delta Party, which sought to nominate Mr. De La Fuente as a candidate for President of the United States. Attached as **Exhibit 1** is a true and correct copy of the letter rejecting the American Delta Party's nominating petition. The certificate of nomination failed to provide proof of publication of the notice calling the convention.

9. In 2016, Mr. De La Fuente timely submitted a declaration of write-in candidacy for the November General Election.

10. In June 2020, in light of COVID-19 related prohibitions of large gatherings, the Office of the Secretary of State adopted an emergency regulation. That emergency regulation permits minor party and independent candidates for president to hold nominating conventions virtually. Each virtual convention must be attended by at least 100 individuals who are registered to vote in Washington State, and the certificate of nomination must still include 1,000 physical

DECLARATION OF LORI AUGINO
No. 3:20-cv-05045-BHS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

signatures of individuals who attended the nominating convention. Attached as **Exhibit 2** is a true and correct copy of the emergency regulation.

11.    On June 10, 2020, despite COVID-19 related restrictions, supporters of Referendum 90 submitted over 260,000 physical signatures to the Office of the Secretary of State. These signatures were gathered between April 2020 and June 2020. Attached as **Exhibit 3** is a true and correct copy of the Certification of Referendum 90.

12.    On March 10, 2020, the date of Washington presidential primary, there were 4,553,013 registered voters in Washington State.

13.    The statutory deadline for mailing general election ballots to overseas and military voters is 45 days before election day. In 2020, that will be September 19. County auditors must mail ballots to each voter at least 18 days before each election. In 2020, this means that ballots must be mailed to all other voters by October 16.

14.    The Secretary of State's Office is responsible for printing and distributing more than 3,300,000 Voters' Pamphlets, one for every household in the state. There are currently 32 regional editions of the state Voters' Pamphlet because content depends on voting districts. Several counties include the state Voters' Pamphlet when they mail ballot packets to their military and overseas voters at least 45 days before election day.

15.    <u>Nature of General Election Ballots</u>. For general election ballots to be timely formatted, proofed, printed, tested with the vote tallying equipment, and distributed to voters, county auditors need to have the final content no later than August 31, 2020. This deadline is driven by the process described below in paragraphs 16 – 17.

16.    Counties are responsible for creating, proofing, printing, and testing all ballots. Counties must test each ballot type in its vote tallying equipment to ensure the ballots are formatted properly and can be tabulated accurately by the machines. Counties typically begin formatting ballots shortly after candidates are certified. Substantial time is required for ballot formatting after its content is certain, because every county must prepare multiple ballot styles

DECLARATION OF LORI AUGINO
No. 3:20-cv-05045-BHS

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

based on every combination of issues and offices that will appear in various parts of the county. This can amount to hundreds, sometimes thousands, of different ballot styles within a single county. Each of the resulting ballot styles must be carefully reviewed and proofread for accuracy.

17.     Printing of General Election Ballots. Many counties use private vendors to print, assemble, and mail ballot packets to voters. Many of these vendors provide this service for numerous jurisdictions, often in multiple states. All of these jurisdictions are in competition to get their ballots printed promptly. After printers receive the ballot orders, they prepare proofs of each ballot style, and provide them to the county auditors for final review and correction of any errors, and for testing of the proofs in the tabulation equipment. After counties approve these proofs (with or without changes), the ballots are printed.

18.     For minor party and independent candidates, nominating conventions often provide the first opportunity for voters to come together to learn about a party or a candidate and their platform. Requiring a nominating convention also ensures that candidates have significant support from voters in Washington state and prevents ballot overcrowding.

19.     The Washington Secretary of State publishes a Presidential Guide for Minor Party and Independent Candidates. This guide is available on the Secretary of State's public website. A true and correct copy of the Guide is attached as **Exhibit 4**.

20.     In 2016, the Libertarian Party submitted proof of the publication of its convention notices reflecting that the cost of its notices ranged from $36.58 to $109.12. True and correct copies of the notices submitted by the Libertarian Party are attached as **Exhibit 5**.

21.     In 2016, the Green Party reported to the Federal Election Commission (FEC) convention-notice expenditures of $45.35, $45.35, $79.45, and $79.45, for a total of $249.60. This is reflected on the FEC's website, which is available here: https://www.fec.gov/data/disbursements/?committee_id=C00361493&two_year_transaction_period=2016&data_type=processed.

DECLARATION OF LORI AUGINO
No. 3:20-cv-05045-BHS                                        4                          ATTORNEY GENERAL OF WASHINGTON
                                                                                               1125 Washington Street SE
                                                                                                     PO Box 40100
                                                                                               Olympia, WA 98504-0100
                                                                                                    (360) 753-6200

1    22.    On July 6, 2020, the Washington Secretary of State received an e-mail from a

2  representative of The Alliance Party. The attachment included a Certificate of Nomination

3  seeking to nominate Roque De La Fuente as its candidate for President of the United States. The

4  attachment also included a Consent to Nomination signed by Mr. De La Fuente. A true and

5  correct copy of the email and attachment is attached as **Exhibit 6**, except that the seven pages of

6  nominating petitions have been withheld, consistent with the confidentiality provision in Wash.

7  Rev. Code § 29A.56.670.

8    I swear under penalty of perjury under the laws of the state of Washington and the United

9  States that the foregoing is true and correct and of my own knowledge, and that I executed this

10  declaration at Olympia, Washington, on July 8, 2020.

11

12  _____

13  LORI AUGINO, DIRECTOR OF ELECTIONS
   OFFICE OF SECRETARY OF STATE

14

15

16

17

18

19

20

21

22

23

24

25

26

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court of the Western District of Washington by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED this 8th day of July, at Olympia, Washington.

*s/Leena Vanderwood*
LEENA VANDERWOOD
*Legal Assistant*

DECLARATION OF LORI AUGINO
No. 3:20-cv-05045-BHS

6

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200