THE HONORABLE BENJAMIN H. SETTLE

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMERICAN DELTA PARTY; and ROQUE "ROCKY" DE LA FUENTE,<br><br>Plaintiffs,<br><br>vs.<br><br>KIM WYMAN, in her official capacity as the Secretary of State of the State of Washington,<br><br>Defendant. | Case No. 3:20-cv-05045 BHS<br><br>**PLAINTIFFS' UNOPPOSED MOTION AND ORDER TO RE-NOTE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXTEND RELATED DEADLINES**<br><br>Noted for Hearing: July 24th, 2020<br><br>**[Clerk's Action Required]** |

Plaintiffs American Delta Party and Roque "Rocky" De La Fuente ("Plaintiffs") hereby move the Court to grant this Unopposed Motion and Order to re-note Defendant Kim Wyman's, in her official capacity as the Secretary of State of the State of Washington ("Defendant") Motion for Summary Judgment (Dkt.# 29) for hearing on August 7, 2020, and to correspondingly extend the deadline for the response and reply briefing.

WHEREAS, Defendant's filed Motion for Summary Judgment is currently noted for July, 31 2020 (Dkt. #29);

---

PLAINTIFFS' UNOPPOSED MOTION AND ORDER TO RE-NOTE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXTEND RELATED DEADLINES- 1
Case No. 3:20-cv-05045-BHS

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

WHEREAS, Plaintiff's Response to Defendant's Motion for Summary Judgment is currently due by July 27, 2020;

WHEREAS, Defendant has indicated to Plaintiffs that Defendant does not object to Plaintiff's request for a one-week extension in time to respond to the Motion for Summary Judgment;

Accordingly, Plaintiffs respectfully request that the Court grant the subjoined Proposed Order that Defendant's Motion for Summary Judgment (Dkt. #29) be re-noted for hearing on August 7, 2020 and that related deadlines for Plaintiff's Response and Defendant's Reply be extended accordingly pursuant to LCR 7 (d)(3).

Respectfully submitted this 24th day of July, 2020.

BADGLEY MULLINS TURNER PLLC

*/s/Donald H. Mullins*
Donald H. Mullins, WSBA #4966
Wesley G. Foreman, WSBA #44269
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Email: dmullins@badgleymullins.com
Email: wforeman@badgleymullins.com
**Attorneys for Plaintiffs**

IMPG Advocates

*/s/ Paul A. Rossi*
Paul A. Rossi, PSBA #84947 (***Pro Hac Vice***)
316 Hill Street, Suite 1020
Mountville, PA  17554
(717) 681-8344
Email: Paul-Rossi@comcast.net
**Attorneys for Plaintiffs**

PLAINTIFFS' UNOPPOSED MOTION AND ORDER TO RE-NOTE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXTEND RELATED DEADLINES- 2
Case No. 3:20-cv-05045-BHS

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

# [PROPOSED] ORDER

The Court having consulted the above Unopposed Motion, and being otherwise fully informed;

It is hereby ORDERED that Defendant's Motion for Summary Judgment (Dkt. #29) be re-noted for hearing on August 7, 2020 and that all related deadlines be extended accordingly.

IT IS SO ORDERED this _____ day of _____, 2020.

                                                                   _____
                                                                   The Honorable Benjamin H. Settle
                                                                   United States District Judge

Presented by:

BADGLEY MULLINS TURNER PLLC

*/s/Donald H. Mullins*
Donald H. Mullins, WSBA #4966
Wesley G. Foreman, WSBA #44269
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Email: dmullins@badgleymullins.com
Email: wforeman@badgleymullins.com
**Attorneys for Plaintiffs**

IMPG Advocates

*/s/ Paul A. Rossi*
Paul A. Rossi, PSBA #84947 (***Pro Hac Vice***)
316 Hill Street, Suite 1020
Mountville, PA  17554
(717) 681-8344
Email: Paul-Rossi@comcast.net
**Attorneys for Plaintiffs**

PLAINTIFFS' UNOPPOSED MOTION AND ORDER TO RE-NOTE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXTEND RELATED DEADLINES- 3
Case No. 3:20-cv-05045-BHS

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

## CERTIFICATE OF SERVICE

I certify that on this day, July 24, 2020, the foregoing was filed with the Clerk of this Court through the Court's ECF system and that a true and correct copy of the foregoing was automatically served upon opposing counsel.

                                        */s/ Yonten Dorjee*
                                        Yonten Dorjee, paralegal
                                        ydorjee@badgleymullins.com

PLAINTIFFS' UNOPPOSED MOTION AND ORDER TO RE-NOTE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXTEND RELATED DEADLINES- **4**
Case No. 3:20-cv-05045-BHS

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686