The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| AMERICAN DELTA PARTY; and ROQUE "ROCKY" DE LA FUENTE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KIM WYMAN, in her official capacity as the Secretary of State of the State of Washington,<br><br>　　　　　Defendant. | NO. 3:20-cv-05045-BHS<br><br>SECOND DECLARATION OF LORI AUGINO IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

I, Lori Augino, declare as follows:

1. I am over eighteen years of age and competent to testify. The information stated below is true and correct and based on my own knowledge.

2. I currently serve as the Director of Elections in the Office of the Secretary of State of Washington. My job entails ensuring Washington's elections are conducted in a transparent, accurate, consistent, and secure manner. This includes, among other duties, assisting county auditors with conducting elections, working on election-related policy for the Secretary of State, processing candidate filings, certifying certain candidates for the ballot, and certifying elections. I have held this position for 7 years.

SECOND DECLARATION OF LORI AUGINO IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
No. 3:20-cv-05045-BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

3. On May 5, 2020, Governor Jay Inslee issued Proclamation 20-53, which suspended the requirement that candidates who are unable to pay the filing fee in order to run for office must instead submit a nominating petition that includes signatures. As a result, candidates were able to run for office without paying a filing fee or submitting signatures.

4. Nine individuals appeared on the primary election ballot without paying a filing fee or submitting signatures.

5. At this time, counties are continuing to count ballots. As of the morning of August 7, 2020, 1,735,108 ballots have been counted, and counties estimate that they have 623,544 ballots on hand that have not yet been counted. Of the ballots counted, 1,716,526 cast a vote for Governor.

6. As of the morning of August 7, 2020, unofficial counts reflect that the nine individuals who appeared on the ballot as candidates for governor without paying a filing fee or submitting petition signatures received 338; 531; 1,006; 1,558; 2,004; 3,261; 3,505; 3,613; and 6,966 votes.

7. The deadline for minor party and independent candidates to file certificates of nomination and petition signatures is 5:00 pm on August 7, 2020. As of the afternoon of August 7, 2020, the Office of the Secretary of State has received seven certificates of nomination and is currently reviewing the sufficiency of those certificates and verifying signatures. Two certificates have already been deemed sufficient and the signatures verified, and candidates for those minor parties will appear on the November 2020 general election ballot. The other five certificates are still under review. I anticipate that this process will be completed by August 21, 2020.

8. The Alliance Party filed a certificate of nomination nominating Roque De La Fuente as its candidate for President of the United States. The Alliance Party submitted a consent to nomination signed by Mr. De La Fuente and has provided signed petitions.

SECOND DECLARATION OF LORI AUGINO IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
No. 3:20-cv-05045-BHS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1  I swear under penalty of perjury under the laws of the state of Washington and the United
2  States that the foregoing is true and correct and of my own knowledge, and that I executed this
3  declaration at Olympia, Washington, on August 7, 2020.

LORI AUGINO, DIRECTOR OF ELECTIONS
OFFICE OF SECRETARY OF STATE

SECOND DECLARATION OF LORI
AUGINO IN SUPPORT OF
DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT
No. 3:20-cv-05045-BHS

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court of the Western District of Washington by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED this 7th day of August, at Olympia, Washington.

*s/Leena Vanderwood*
LEENA VANDERWOOD
*Legal Assistant*

SECOND DECLARATION OF LORI AUGINO IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
No. 3:20-cv-05045-BHS

4

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200