# Exhibit A

3

FILED
SUPERIOR COURT
THURSTON COUNTY, WA

2020 AUG 27 PM 4:03

Linda Myhre Enlow
Thurston County Clerk

☑ No Hearing Set
☐ Hearing is Set
Date:
Time:

20-2-01929-34
OR 14
Order
8777248

**STATE OF WASHINGTON**
**THURSTON COUNTY SUPERIOR COURT**

KIM WYMAN, in her official capacity as Secretary of State of the State of Washington,

Plaintiff,

v.

ALLIANCE PARTY OF WASHINGTON, CONSTITUTION PARTY OF WASHINGTON, AMERICAN SOLIDARITY PARTY OF WASHINGTON,

Defendants.

NO. 20-2-01929-34

ORDER
~~[PROPOSED]~~

The Court having considered the Petition for Judicial Determination Regarding Minor Party Nominating Petitions, and all pleadings filed in support and opposition thereto, and having ~~heard the arguments~~ presented and being fully advised,

☒ IT IS ORDERED that the prohibition on voters signing petitions of more than one party of RCW 29A.56.630 is to be strictly enforced, and the signatures by voters that signed the nominating petitions of more than one minor party ("cross-over signatures") shall be rejected. The Alliance Party, American Solidarity Party, and Constitution Party have consequently not reached the 1,000 signatures of registered voters as required by RCW 29A.56.610.

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

☐ IT IS ORDERED that the signatures by voters that signed the nominating petitions of more than one minor party ("cross-over signatures") shall be accepted. The Alliance Party, American Solidarity Party, and Constitution Party have consequently reached the 1,000 signatures of registered voters as required by RCW 29A.56.610.

DATED this 27 day of August 2020.

~~HONORABLE~~
Superior Court Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ Tera M. Heintz*
TERA M. HEINTZ, WSBA # #54921
*Deputy Solicitor General*
CRISTINA SEPE, WSBA #53609
*Assistant Attorney General*
PO Box 40100
Olympia, WA 98504-0100
360-664-0869
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov

Approved as to form;
Notice of presentation waived:

Elia Mora
Michael Burger
Alliance Party
700 Front St. #2106
San Diego, CA 92101
360-899-0142
elia@rdlfg.com
Michael.Burger@thealliancepary.com

__________________________

Bob Peck
Constitution Party
PO Box 1757
Williamson, WV 25661
509-954-9335
rwpeck59@gmail.com

__________________________

John Montgomery
American Solidarity Party of Washington
604 Riverview Dr. NE
Auburn, WA 98002
425-205-8899
aspofwa@gmail.com

ORDER ~~[PROPOSED]~~ 3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

7